UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                          :
UNITED STATES                          :
                                          :          14-CR-332 (PAE)
                                          :
                                          :             <u>ORDER</u>
                       -v-                                :
                                          :
HARRY HUESTON,               :
                                          :
                      Defendant.     :
                                          :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

      The Court has received the attached correspondence from defendant Harry Hueston, which the Court treats as a *pro se* motion for compassionate release. To assure able briefing and thoroughgoing consideration of the issues presented, the Court asks trial counsel for Mr. Hueston to submit a memorandum of law in support of this application. This letter is due Tuesday, May 26, 2020. The Government's response is due Thursday, May 28, 2020. The Court encourages Government and defense counsel to confer in advance of these submissions to assure a full mutual understanding of the issues presented and arguments to be made. The Clerk of Court is directed to mail a copy of this order to Mr. Hueston.

      SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    Paul A. Engelmayer
                                                    United States District Judge

Dated:  May 20, 2020
           New York, New York

Harry Hueston
24910-083
FCI Otisville
Otisville, NY 10963

May 14, 2020
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

Dear Judge Engelmayer,

The Petitioner, Harry Hueston, Pro Se, hereby respectfully submitted to this Honorable court Motion to reduce sentence pursuant to 18 U.S.C. 3582(c)(1)(A) for immediate release, And Emergency Motion. It is hereby ordered that the clerk shall file the document as a Motion for Compassionate Release Pursuant to section (603)(b) of the First Step Act.

I will be 51 yrs. old in a couple of months, I'm a borderline diabetic as well as up and down high blood pressure. I also have a petella tendon injury that I had surgery on that needs resurgery as soon as possible, along with rigorous adequate therapy which I was not

able to get with my previous surgery. I have to receive cortisone shots to suppress the pain that gets unbearable at times until resurgery. This is a very dire environment I'm in where 17 inmates and 14 staff have contracted the coronavirus, and no telling how many more inmates or staff have contracted the virus. An its spreading as a reflection which the numbers show as they increase, to go along with many unanswered questions and no testing to gauge who is affected, or to counter engage the spread and movement of this non-vaccination assailant, CO-VID 19.

Respectfully submitted
Harry Hueston
Harry Hueston, Pro Se

(footnote)
Courts, however, "have waived the administrative exhaustion requirements ... where circumstances warrant". United States v. Jones, No. 3:11-cr-249-MHL (E.D. VA. Apr. 3, 2020).

Larry Hueston
REGISTER NUMBER 24910-083
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OTISVILLE, NY 10963



⇔24910-083⇔
Us District Court
500 Pearl St
NEW YORK, NY 10007-1312
United States

WESTCHESTER NY 105
15 MAY 2020 PM 2 L

1000?-131608

