UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 14-CR-332-03 (PAE) |
| -v- | ORDER |
| HARRY HUESTON, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received an application by defendant Harry Hueston for a reduction of sentence. Dkt. 180. The Court directs the Government to respond. The Government's response is due Friday, October 7, 2022.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 16, 2022
　　　　New York, New York