UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

HARRY HUESTON,

               Defendant.

14-CR-332-03 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court is in receipt of the defendant's *pro se* motion, dated November 28, 2022 (Dkt. No. 187). The Court hereby directs that the Government file a brief letter response to this motion by **December 15, 2022**.

    SO ORDERED.

                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: December 1, 2022
       New York, New York