UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

HARRY HUESTON,

Defendant.

14-CR-332-03 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Second Circuit has dismissed the appeal by defendant Harry Hueston of the Court's

order denying his 28 U.S.C. § 2241 petition and in forma pauperis status. *See* Dkt. 49

(mandate).  Pursuant to the Circuit's instructions, the Court dismisses Hueston's § 2241 petition

for lack of jurisdiction.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: August 15, 2023
New York, New York